Steve S. ENZMINGER, Plaintiff—
Appellant,

v.

PACCAR FINANCIAL
CORPORATION, Defendant—Appellee.

No. 02–35722.
D.C. No. CV–02–00040–RFC.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 8, 2003.*

Decided Oct. 10, 2003.

Before D.W. NELSON, KOZINSKI,
and MCKEOWN, Circuit Judges.

MEMORANDUM**

Steve Enzminger appeals the dismissal of his claim below on a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss.

Enzminger has not alleged facts that would give rise to a claim for promissory

estoppel because the Revision Agreement superceded any prior or contemporaneous oral negotiations or stipulations that may have been made. *See* Mont.Code Ann. § 28–2–904. Moreover, Enzminger alleges no mistake or imperfection in the Revision Agreement, nor is the validity of the Revision Agreement in dispute. *See* Mont. Code. Ann. § 28–2–905(1).

The ruling of the district court is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

